# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDALL L. CROWE & CINDY S. CROWE      Case Number: 07-70574
923 - 18TH STREET      SSN-xxx-xx-6870 & xxx-xx-1630
ROCKFORD, IL  61104

Case filed on: 3/15/2007
Plan Confirmed on: 6/8/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,875.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,835.43 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,835.43 | 0.00 |
| 999 | RANDALL L. CROWE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ASSOCIATED BANK | 74,212.96 | 0.00 | 0.00 | 0.00 |
| 002 | STATE FARM BANK | 23,047.76 | 23,047.76 | 1,832.97 | 1,769.00 |
|  | Total Secured | 97,260.72 | 23,047.76 | 1,832.97 | 1,769.00 |
| 003 | UNITED CONSUMER FINANCIAL SERVICES | 974.54 | 974.54 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 7,652.22 | 7,652.22 | 0.00 | 0.00 |
| 005 | CHASE BANK USA NA | 7,385.30 | 7,385.30 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 7,905.26 | 7,905.26 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 824.80 | 824.80 | 0.00 | 0.00 |
| 008 | SEARS BANKRUPTCY RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 2,924.99 | 2,924.99 | 0.00 | 0.00 |
| 010 | GE CONSUMER FINANCE | 1,312.00 | 1,312.00 | 0.00 | 0.00 |
| 011 | GE MONEY/CARECREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHASE BANK USA NA | 3,166.15 | 3,166.15 | 0.00 | 0.00 |
|  | Total Unsecured | 32,145.26 | 32,145.26 | 0.00 | 0.00 |
|  | Grand Total: | 132,405.98 | 58,193.02 | 4,668.40 | 1,769.00 |

Total Paid Claimant:      $6,437.40
Trustee Allowance:      $437.60
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008      By  /s/Heather M. Fagan